IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| ANDREA K. STREET, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 120699N |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **DECISION** |

Plaintiff appeals Defendant's Notice of Deficiency Assessment, dated May 1, 2012, for the 2011 tax year. A case management conference was held in this matter on September 11, 2012. Plaintiff appeared on her own behalf. Kyle Quiring, Tax Auditor, appeared on behalf of Defendant. The parties agreed that Plaintiff would provide additional information to Defendant; Defendant would file written recommendations; and Plaintiff would file a written response. The parties' agreement was memorialized in a Journal Entry issued September 12, 2012.

On October 26, 2012, Defendant filed its Recommendations with the court, stating: "Based on the additional information from the childcare provider, the defendant is willing to allow the childcare expenses as originally filed on the 2011 Oregon return." Defendant requests that "[t]he court issue[] a judgment allowing a working family credit of $600 as requested [by] Plaintiff on the 2011 Oregon return," stating that it "will cancel its Notice of Assessment and refund to the Plaintiff the $65 payment applied[.]" (Def's Recommendations.)

During the September 11, 2012, conference, Plaintiff agreed to file a written response to Defendant's recommendations by November 8, 2012. The Journal Entry warned that Plaintiff's failure to meet the deadlines set forth therein might result in dismissal of Plaintiff's appeal. As of the date of this Decision, the court has not received any further communication from Plaintiff.

Under such circumstances, the court would ordinarily dismiss this case for lack of prosecution. However, Defendant recommends that Plaintiff receive her requested relief. Because the parties are in agreement that Plaintiff is entitled to a working family credit of $600 for the 2011 tax year, the court finds that Plaintiff's requested relief should be granted. Now, therefore,

IT IS THE DECISION OF THIS COURT that Defendant shall cancel its Notice of Deficiency Assessment, dated May 1, 2012, and issue a refund $65 plus statutory interest.

Dated this ___ day of November 2012.

_____
ALLISON R. BOOMER
MAGISTRATE

***If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.***

***Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.***

***This document was signed by Magistrate Allison R. Boomer on November 14, 2012. The Court filed and entered this document on November 14, 2012.***